United States Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE J GOODWIN, | ) |
| | ) CIVIL NO. 10-5783BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) REPLY BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Motion (ECF No. 14) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before July 7, 2011.

Oral argument, if desired, shall be requested by July 14, 2011.

DATED this 13th day of June, 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF –
[10-5783BHS-JRC] - 1