UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURIE J. GOODWIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C10-5783BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 17).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    The matter is **REVERSED** and **REMANDED**;

(3)    The Clerk shall enter **JUDGMENT** for Plaintiff; and

(4)    This action is **DISMISSED**.

DATED this 24th day of January, 2012.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER