UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURIE J. GOODWIN,

                    Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

CASE NO. C10-5783BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 25.  The

Court having considered the R&R and the remaining record, and no objections having

been filed, does hereby find and order as follows:

        (1)      The R&R is **ADOPTED**;

        (2)      Attorney fees in the amount of $7,463.64 and expenses in the amount of

$28.22, pursuant to EAJA, 28 U.S.C. § 2412(d); and costs in the amount of $350.00,

pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that

Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the

1   Department of the Treasury's Offset Program, then the check for EAJA fees, expenses,

2   and costs shall be made payable to Plaintiff's attorney.

3       Dated this 13th day of July, 2012.

4

5                    _____

6                    BENJAMIN H. SETTLE
                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22