UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURIE J. GOODWIN,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | CASE NO. C10-5783BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 25. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

 (1) The R&R is **ADOPTED**;

 (2) Attorney fees in the amount of $7,463.64 and expenses in the amount of $28.22, pursuant to EAJA, 28 U.S.C. § 2412(d); and costs in the amount of $350.00, pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the

ORDER

1 | Department of the Treasury's Offset Program, then the check for EAJA fees, expenses,
2 | and costs shall be made payable to Plaintiff's attorney.
3 |     Dated this 13th day of July, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER